ABSTRACT OF JUDGMENT

**Re:** J.G. v. Tyler Jones, a/k/a Tyler John Jones

**Case Number:** 1:25-mc-00450

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Tyler Jones, a/k/a Tyler John Jones<br>1442 N. Lee Street<br>Philadelphia, PA 19125 | J.G. c/o Veridian Legal P.C. 23 West 73rd Street, Suite 102 New York, NY 10023 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| 8,737,644.64 | Veridian Legal P.C., 23 West 73rd Street, Suite 102, New York, NY 10023 | 07/14/2025 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE - U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

**Dated:** New York                    , New York

TAMMI M. HELLWIG, Clerk of Court

_____
**By,**           **Deputy Clerk**